UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANH NGOC VO, ET AL | CIVIL ACTION |
| VERSUS | NO.  12-1341<br>c/w   13-1794 |
| CHEVRON U.S.A., INC., ET AL | SECTION  "N"  (3) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on January 22, 2014, was filed:

> "Motion for Entry of Rule 54(b) Final Judgment  (Rec. Doc. 61), filed by Chevron U.S.A. Inc. and Chevron Pipeline Company.

Further, the Court finds that the motion has merit.  "Federal Rule of Civil Procedure 54(b) permits a district court to enter separate final judgment on any claim or counterclaim, after making 'an express determination that there is no just reason for delay.' "  *Reiter v. Cooper*, 507 U.S. 258, 265 (1993) (quoting *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427 (1956)).  "This power is largely discretionary...to be exercised in light of 'judicial administrative interests as well as the equities involved,' and giving due weight to 'the historic federal policy against piecemeal appeals.' "  *Id.* (quoting *Curtiss-Wright Corp. v. General Electric Co.*, 446 U.S. 1, 10 (1980)) (citations and internal quotations omitted); *see also Ackerman v. F.D.I.C.*, 973 F.2d 1221, 1225 (5th Cir. 1992).

In this case, the Court finds that there is no just reason for delay. No party has come forward with any evidence disputing Chevron's evidence that it did not own, operate, or control any pipelines where the plaintiffs' vessel allegedly allided with a submerged pipeline. Moreover, no party opposed the granting of summary judgment dismissing the plaintiffs' against the Chevron defendants. Thus, it is unlikely that granting final judgment to Chevron now will result in piecemeal appeals.

Accordingly;

**IT IS ORDERED** that the Motion for Entry of Rule 54(b) Final Judgment  (Rec. Doc. 61), filed by Chevron U.S.A. Inc. and Chevron Pipeline Company, is hereby **GRANTED**.

New Orleans, Louisiana, this 22nd day of January, 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**